AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Tommy Lee Sullivan, an individual <br><br> *Plaintiff(s)* <br> v. <br> Shakerria "Icandy" Davis, an individual, Donaldson Cenatus, an individual, and Sony Music Holdings Inc., a corporation <br><br> *Defendant(s)* | Civil Action No. 9:25-cv-81436-EA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> Shakerria Davis
> 430 Amador Lane, Unit 5
> Palm Beach, FL 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Guyliana Plantain
> Delgado Entertainment Law, PLLC
> 3295 N. Drinkwater Blvd., Suite 9
> Scottsdale, AZ 85251

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Nov 19, 2025

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Tommy Lee Sullivan, an individual | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 9:25-cv-81436-EA |
| Shakerria "Icandy" Davis, an individual, Donaldson Cenatus, an individual, and Sony Music Holdings Inc., a corporation | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Donaldson Cenatus
4811 E. Pacific View Terrace, Apt. 208
Lauderdale Lakes, FL 33309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Guyliana Plantain
Delgado Entertainment Law, PLLC
3295 N. Drinkwater Blvd., Suite 9
Scottsdale, AZ 85251

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Nov 19, 2025

*s/ W. Cendejas*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Tommy Lee Sullivan, an individual <br><br> *Plaintiff(s)* <br> v. <br> Shakerria "Icandy" Davis, an individual, Donaldson Cenatus, an individual, and Sony Music Holdings Inc., a corporation <br><br> *Defendant(s)* | Civil Action No. 9:25-cv-81436-EA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> Sony Music Holdings, Inc.
> c/o The Prentice Hall Corporation System, Inc.
> 80 State Street
> Albany, NY 12207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Guyliana Plantain
> Delgado Entertainment Law, PLLC
> 3295 N. Drinkwater Blvd., Suite 9
> Scottsdale, AZ 85251

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 19, 2025

**SUMMONS**

*s/ W. Cendejas*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court